FILED

2021 JUN -2 PM 12:38

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:21-cr-46-JLB-MRM
    18 U.S.C. § 472

SAVANNAH SYMONE DUNCAN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 28, 2021, in the Middle District of Florida, the defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, forty-eight $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of CVS located at 16950 Pine Ridge Road, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

### COUNT TWO

On or about April 28, 2021, in the Middle District of Florida, the

defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, twenty-five $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of CVS located at 15550 San Carlos Boulevard, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

## COUNT THREE

On or about April 28, 2021, in the Middle District of Florida, the defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, six $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of CVS located at 7851 Winkler Road, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

## COUNT FOUR

On or about April 28, 2021, in the Middle District of Florida, the defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, thirty-one $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of CVS located at 19070 South Tamiami Trail, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

## COUNT FIVE

On or about April 28, 2021, in the Middle District of Florida, the defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, twelve $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of CVS

located at 13400 Cleveland Avenue, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

## COUNT SIX

On or about April 28, 2021, in the Middle District of Florida, the defendant,

SAVANNAH SYMONE DUNCAN,

with intent to defraud, did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, a falsely made, forged, counterfeited, and altered obligation or other security of the United States, as defined in 18 U.S.C. § 8, that is, ten $20 Federal Reserve notes, which the defendant then knew to be falsely made, forged, counterfeited, and altered, to an employee of Michael's located at 13741 South Tamiami Trail, Fort Myers, Florida.

In violation of 18 U.S.C. § 472.

## FORFEITURE

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. §§ 492 and 982(a)(2)(B), 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 472, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any

property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation.   In addition, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), the defendant shall forfeit all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles devices, and other things made, possessed, or used in violation Section 472, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.   Lastly, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), the defendant shall forfeit any aircraft, vehicle or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of the charged contraband.

3.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

                        A TRUE BILL,

                        _____
                        Foreperson

KARIN HOPPMANN
Acting United States Attorney

By:  _____
      Trenton J. Reichling
      Assistant United States Attorney

By:  _____
      Jesus M. Casas
      Assistant United States Attorney
      Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

SAVANNAH SYMONE DUNCAN

## INDICTMENT

Violations:
18 U.S.C. § 472

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of June, 2021.

_____
Clerk

Bail $_____

GPO 863 525